UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Corey Tucker,

              Plaintiff(s),

v.                                             Case No. 2:23−cv−13134−SFC−APP
                                                Hon. Sean F. Cox

United Wholesale Mortgage,
Inc.,

              Defendant(s),

## NOTICE OF MOTION HEARING

You are hereby notified to appear before District Judge Sean F. Cox at the United States District Court, Theodore Levin U.S. Courthouse, 231 W. Lafayette Boulevard, Detroit, Michigan. Please report to Room 817. The following motion(s) are scheduled for hearing:

    Motion to Dismiss – #6

- MOTION HEARING: May 9, 2024 at 02:00 PM

## Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                              By: s/Jennifer McCoy
                                                      Case Manager

Dated:   February 8, 2024