UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY TUCKER,

      Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, INC.,

      Defendant.

Case No.: 2:23-cv-13134-SFC-APP
Hon. Sean F. Cox

| | |
|---|---|
| Carla D. Aikens (P69530) <br> Austen J. Shearouse (P84539) <br> CARLA D. AIKENS, P.L.C. <br> 615 Griswold St., Ste. 709 <br> Detroit, MI 48226 <br> 844.835.2993 <br> carla@aikenslawfirm.com <br> austen@aikenslawfirm.com <br><br> *Attorneys for Plaintiff* | Dean Pacific (P57086) <br> Daniel S. Brookins (P86665) <br> WARNER NORCROSS + JUDD LLP <br> 150 Ottawa Avenue NW, Suite 1500 <br> Grand Rapids, MI 49503 <br> 616.752.2000 <br> dpacific@wnj.com <br> dbrookins@wnj.com <br><br> *Attorneys for Defendant* |

**STIPULATION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT**

      NOW COMES the Defendant, by and through its counsel of record, who hereby stipulate to an Order for Substitution of Counsel. Attorneys Daniel Brookins and Dean F. Pacific of Warner, Norcross & Judd hereby withdraw as counsel for Defendant United Wholesale Mortgage, and attorney James W. Rose of Taft

Stettinius & Hollister LLP hereby substitutes in, and will now act as counsel for Defendant United Wholesale Mortgage.

| | |
|---|---|
| */s/ Dean F. Pacific* | */s/ James W. Rose (w/permission)* |
| Dean Pacific (P57086) | James W. Rose (P66473) |
| Daniel S. Brookins (P86665) | TAFT STETTINIUS & HOLLISTER LLP |
| WARNER NORCROSS + JUDD LLP | 27777 Franklin Road, Suite 2500 |
| 150 Ottawa Avenue NW, Suite 1500 | Southfield, MI 48034 |
| Grand Rapids, MI 49503 | (248) 351-3000 |
| 616.752.2000 | jrose@taftlaw.com |
| dpacific@wnj.com | |
| dbrookins@wnj.com | |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

CORY TUCKER,

      Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, INC.,

      Defendant.

Case No.: 2:23-cv-13134-SFC-APP
Hon. Sean F. Cox

---

| | |
|---|---|
| Carla D. Aikens (P69530)<br>Austen J. Shearouse (P84539)<br>CARLA D. AIKENS, P.L.C.<br>615 Griswold St., Ste. 709<br>Detroit, MI 48226<br>844.835.2993<br>carla@aikenslawfirm.com<br>austen@aikenslawfirm.com<br><br>*Attorneys for Plaintiff* | Dean Pacific (P57086)<br>Daniel S. Brookins (P86665)<br>WARNER NORCROSS + JUDD LLP<br>150 Ottawa Avenue NW, Suite 1500<br>Grand Rapids, MI 49503<br>616.752.2000<br>dpacific@wnj.com<br>dbrookins@wnj.com<br><br>*Attorneys for Defendant* |

## ORDER FOR SUBSTITUTION OF COUNSEL FOR DEFENDANT

Pursuant to the parties' stipulation,

IT IS ORDERED that the appearance of attorneys Daniel Brookins and Dean F. Pacific of Warner, Norcross + Judd as counsel for Defendant United Wholesale Mortgage is hereby withdrawn, and that attorney James W. Rose of Taft Stettinius

& Hollister LLP is hereby substituted in as counsel for Defendant United Wholesale Mortgage.

Dated: March 26, 2024                                  s/Sean F. Cox
                                                       Sean F. Cox
                                                       U. S. District Judge

30229405