# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

COREY TUCKER,

                Plaintiff,

v.

UNITED WHOLESALE MORTGAGE, INC.,

                Defendant.

_____/

Case No. 23-cv-13134

Brandy R. McMillion
United States District Judge

Mag. Judge Anthony P. Patti

## JUDGMENT

For the reasons stated in the Opinion and Order granting Defendant's Motion to Dismiss (ECF No. 13), entered on July 10, 2024, **IT IS ORDERED AND ADJUDGED** that this cause of action is **DISMISSED.**

                                        KINIKIA ESSIX
                                        CLERK OF COURT

                          By:   s/L. Hosking
                                    Deputy Clerk

Approved:

s/Brandy R. McMillion
BRANDY R. MCMILLION
United States District Judge
Dated:  July 10, 2024
Detroit, Michigan