Form 1A

Notice of Appeal to a Court of Appeals From a
Judgment of a District Court

United States District Court for the __Eastern__
District of __Michigan__
Docket Number __23-cv-13134__

Corey Tucker
             , Plaintiff
  v.                                    Notice of Appeal
United Wholesale Mortgage Inc.
             , Defendant

__Corey Tucker__ (name all parties taking the appeal)* appeal to the United States Court of Appeals for the __6th__ Circuit from the final judgment entered on __7/10/24__ (state the date the judgment was entered).

(s) __Carla D. Aikens__
*Attorney for* __Corey Tucker__
*Address*: __615 Griswold St., Suite 709__
__Detroit, MI 48226__

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete Form 7 (Declaration of Inmate Filing) and file that declaration with this Notice of Appeal.*]

---

* See Rule 3(c) for permissible ways of identifying appellants.