# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Kelly L. Stephens<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: May 23, 2025

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

                Re:  Case No. 24-1595, *Corey Tucker v. United Wholesale Mortgage, Inc.*
                     Originating Case No. 2:23-cv-13134

Dear Ms. Essix:

  Enclosed is a copy of the mandate filed in this case.

                                              Sincerely yours,

                                              s/Patricia J. Elder, Senior Case Administrator
                                                for Beverly Harris, Case Manager

cc:  Ms. Carla D. Aikens
      Mr. James W. Rose

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 24-1595

_____

Filed: May 23, 2025

COREY TUCKER

    Plaintiff - Appellant

v.

UNITED WHOLESALE MORTGAGE, INC.

    Defendant - Appellee

## MANDATE

    Pursuant to the court's disposition that was filed 04/10/2025 the mandate for this case hereby issues today.

 COSTS: None